UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER DINKINS, ET AL.,  )  )       Plaintiffs,                     )  )                                                   ) VS.                                                ) )  YP ADVERTISING, LP (f/k/a AT&T   ) ADVERTISING SOLUTIONS), ET AL.,   ) ) Defendants.                  ) | CIVIL ACTION NO.  3:14-CV-1463-G |

### ORDER

The parties' agreed motion to extend deadline to submit motion for preliminary approval of settlement (docket entry 88) is **GRANTED**. Therefore, the parties have until **April 11, 2016** to submit the motion for preliminary approval of the settlement and supporting documents.

**SO ORDERED**.

April 4, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**