UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER DINKINS, on behalf of himself and all others similarly situated, ET AL., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION NO. ) ) 3:14-CV-1463-G |
| VS. | ) ) |
| YP TEXAS REGION YELLOW PAGES, LLC, ET AL., | ) ) ) |
| Defendants. | ) |

## ORDER

A hearing on Final Approval of the Settlement (the "Final Approval Hearing") is hereby **RESCHEDULED** to be held before this court on the **27th day of September 2016 at 2:00 p.m. in courtroom 1632** of the Earle Cabell Federal Building, United States Courthouse, 1100 Commerce Street, Dallas, Texas 75242, to determine (a) whether the settlement set forth in the Settlement Agreement is fair, reasonable, adequate, and in the best interests of the Settlement Classes; and (b) whether a Final Judgment as to plaintiffs' claims as provided in the Settlement Agreement should be entered granting final approval of the Settlement Agreement.

**SO ORDERED**.

July 27, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**

- 2 -