UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER DINKINS, on behalf of himself and all others similarly situated, ET AL., ) ) ) | |
| ) | CIVIL ACTION NO. |
| Plaintiffs, ) | |
| ) | 3:14-CV-1463-G |
| VS. ) ) | |
| YP TEXAS REGION YELLOW PAGES, LLC, ET AL., ) ) ) | |
| Defendants. ) | |

# ORDER

The parties' agreed motion to extend final settlement approval hearing date (docket entry 100) is **GRANTED**. The hearing on the final approval of the settlement is **RESCHEDULED** to **October 18, 2016 at 1:45 p.m. in courtroom 1632**. *No further extensions will be granted*.

SO ORDERED.

September 20, 2016.

_____
A. JOE FISH
**Senior United States District Judge**